# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 8, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Apr 10, 2024
KELLY L. STEPHENS, Clerk

Re:  Jill Hile, et al.
     v. Michigan, et al.
     No. 23-1084
     (Your No. 22-1986)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 4, 2024 and placed on the docket April 8, 2024 as No. 23-1084.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst